# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>MARK FALK<br>UNITED STATES MAGISTRATE JUDGE | USPO & COURTHOUSE<br>1 FEDERAL SQ., ROOM 457<br>NEWARK, NJ 07101<br>(973) 645-3110 |

April 20, 2015

## LETTER ORDER PURSUANT TO RULE 16.1

Jimmy Fan
3500 Barrett Dr., #12G
Kendall Park, NJ 08824
**VIA CM, RRR & First Class Mail**

Patrick Joseph Cerillo, Esq.
4 Walter Foran Blvd., Ste. 402
Flemington, NJ 08822

      Re:    **Malibu Media, LLC v. Fan**
               **Civil Action No. 14-5937 (WJM)**

Dear Litigants:

    On or about **May 20, 2015,** I will issue a Scheduling Order in this civil action.

    Not later than **May 20, 2015,** I expect to receive from you estimates of the time needed to complete discovery. I also expect to be advised whether you intend to add parties, amend pleadings or make a dispositive motion.

    **SO ORDERED**.

                                          /s/ Mark Falk
                                        **MARK FALK**
                                        **United States Magistrate Judge**